**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BLUE WATER AUTOMOTIVE | ) | |
| SYSTEMS, INC., et al.[1] | ) | Case No. 08-43196 (mbm) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | District Court No. 08-10904 |
| | | Hon. Avern Cohn |

**ORDER DENYING THE OFFICIAL COMMITTEE OF UNSECURED CREDITOR'S EMERGENCY MOTION FOR A STAY OF THE FINANCING ORDER PENDING APPEAL**

This matter having come before the Court upon the Motion of the Official Committee of Unsecured Creditors for a Stay of the Financing Order Pending Appeal ("the Motion for Stay"); this Court having heard the argument of counsel at a hearing on March 4, 2008 at 12:00 p.m.; and finding good cause to deny the Motion for Stay; and the Court being fully advised in the premises; and for the reasons stated on the record;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Committee's Motion for Stay is DENIED.

                                                    s/Avern Cohn
                                                    Hon. Avern Cohn

Dated: March 4, 2008

---

[1] The Debtors in the jointly administered cases include: Blue Water Automotive Systems, Inc., Blue Water Automotive Systems Properties, LLC, Case Number 08-43198; Blue Water Plastics Mexico, Ltd., Case Number 08-43199; BWAS Holdings, Inc., Case Number 08-43200; BWAS Mexico, LLC, Case Number 08-43201.

Submitted by:

___/s/ *Ann Marie Uetz*___
Ann Marie Uetz (P48922)
Foley & Lardner LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
Counsel to the Debtors

2

DETR_638924.1